BRYAN *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

SIMMONS, C. J. The judge was correct in sustaining the certiorari, but, under the ruling in *Holmes* v. *Pye,* 107 *Ga.* 784, it was error to render final judgment for the plaintiff in certiorari.   See also *Walker* v. *Reese,* 110 *Ga.* 582 ; *Pike* v. *Sutton,* 115 *Ga.* 688.   *Judgment reversed. All the Justices concur.*

Submitted June 5,—Decided June 27, 1903,

Certiorari.   Before Judge Butt.   Talbot superior court.   September 29, 1902.

*J. J. Bull,* for plaintiff.

*Little & Battle* and *A. P. Persons,* for defendant.

---

PATTERSON *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

FISH, J. When the final determination of a case tried in a justice's court, and carried by certiorari to the superior court, does not depend upon any controlling question of law, and there are issues of fact involved, the superior court has no authority to render a final judgment therein, although it may clearly appear from the facts disclosed by the record that the verdict rendered in the lower court was without evidence to support it.   Civil Code, § 4652 ; *Bryan* v. *Central of Georgia Railway Co.,* this day decided.   This is true though a former certiorari in the same case, complaining of a similar verdict, may have been sustained.   When it is proper so to do, the superior court may remand the case to the justice's court with instruction.

*Judgmemt reversed. All the Justices concur.*

Submitted June 5, — Decided June 27, 1903.

Certiorari.   Before Judge Butt.   Talbot superior court.   September 29, 1902.

*J. J. Bull,* for plaintiff.

*Little & Battle* and *A. P. Persons,* for defendant.